| | |
|---|---|
| **From:** | Kathryn Faris |
| **To:** | Kathryn Faris |
| **Subject:** | FW: 2:14-cv-05935-MAK GOLDWIRE v. CITY OF PHILADELPHIA |
| **Date:** | Friday, May 31, 2024 11:09:41 AM |
| **Attachments:** | image001.png |

Kathryn Faris, Esq.
Senior Attorney—Civil Rights Unit
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
She/Her/Hers
Office:215-683-5445
Cell: 267-908-5241
Kathryn.faris@phila.gov



**From:** Margaret Boyce Furey <mboycep@aol.com>
**Sent:** Tuesday, May 14, 2024 4:09 PM
**To:** Kathryn Faris <Kathryn.Faris@Phila.gov>
**Subject:** Re: 2:14-cv-05935-MAK GOLDWIRE v. CITY OF PHILADELPHIA

> **External Email Notice. This email comes from outside of City government. Do not click on links or open attachments unless you recognize the sender.**

**Katie,**
  **Found out Mr. Goldwire is hospitalized. I will call him in the hospital to see how he ia doing,**
**Maybe, there is a notary in the hospital that I can have visit him with the release.**

[redacted]



**Peggy**

**Margaret Boyce Furey**
**Attorney At Law**
**840 1st Avenue Suite 400**
**King of Prussia PA 19406**
**610-397-0125 ( phone)**
**610-397-0126 (fax)**
**mboycep@aol.com**

On Tuesday, May 14, 2024 at 02:20:16 PM EDT, Kathryn Faris <kathryn.faris@phila.gov> wrote:

Peggy,

Could you give us an update on Goldwire at your convenience? Finance wants us to get the release submitted before the end of the fiscal year.

With regard to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Thanks,

Katie

Kathryn Faris, Esq.

Senior Attorney—Civil Rights Unit

City of Philadelphia Law Department

1515 Arch Street, 14th Floor

She/Her/Hers

Office:215-683-5445

Cell: 267-908-5241

Kathryn.faris@phila.gov

---

**From:** Margaret Boyce Furey <mboycep@aol.com>
**Sent:** Tuesday, May 14, 2024 12:18 PM
**To:** Kathryn Faris <Kathryn.Faris@Phila.gov>
**Subject:** Re: 2:14-cv-05935-MAK GOLDWIRE v. CITY OF PHILADELPHIA

> **External Email Notice. This email comes from outside of City government. Do not click on links or open attachments unless you recognize the sender.**

Anne,

  I spoke with his mother, who indicated that he was out of town. She indicated that he would call me when he returned but I have not heard from him.

Additionally, she indicated that he may not have received the releases I sent because he had an argument with his girlfriend and had moved. I will follow up with the mom.

[redacted]

Peggy

Margaret Boyce Furey

Attorney At Law

840 1st Avenue Suite 400

King of Prussia PA 19406

610-397-0125 ( phone)

610-397-0126 (fax)

mboycep@aol.com

On Tuesday, May 14, 2024 at 11:54:10 AM EDT, Kathryn Faris <kathryn.faris@phila.gov> wrote:

Peggy,

I'm following up on the below emails between you and Anne. Have you been able to get the release signed by Mr. Goldwire?

Thanks,
Katie

**From:** Anne Taylor
**Sent:** Thursday, April 18, 2024 12:55 PM
**To:** Margaret Boyce Furey <mboycep@aol.com>
**Subject:** RE: 2:14-cv-05935-MAK GOLDWIRE v. CITY OF PHILADELPHIA

Thanks, Peggy.  Would it be helpful to you if we filed a motion to enforce?  (We can certainly not do this, but happy to do so if it's a value-add exercise.  We had this happen in another couple of cases, although non-NFU.)

**From:** Margaret Boyce Furey <mboycep@aol.com>
**Sent:** Thursday, April 18, 2024 12:46 PM
**To:** Anne Taylor <Anne.Taylor@Phila.gov>
**Subject:** Re: 2:14-cv-05935-MAK GOLDWIRE v. CITY OF PHILADELPHIA

> **External Email Notice. This email comes from outside of City government. Do not click on links or open attachments unless you recognize the sender.**

Anne,

I sent the release to him on 3 separate occasions but he hasn't returned it. He is a difficult client and wants to renegotiate our fee agreement, which I am not willing to do.
Peggy

Margaret Boyce Furey
Attorney At Law
840 1st Avenue Suite 400
King of Prussia PA 19406
610-397-0125 ( phone)
610-397-0126 (fax)
mboycep@aol.com


On Thursday, April 18, 2024 at 09:55:34 AM EDT, Anne Taylor <anne.taylor@phila.gov> wrote:


Good morning, Peggy.

Following up on this resolution, our records suggest that we've not yet received the signed release. I apologize if I administratively erred on that, but could you either send (or resend) the executed release and short form so that we can push this through?

Thanks so much,
Anne

**From:** Anne Taylor
**Sent:** Monday, January 22, 2024 4:36 PM
**To:** Margaret Boyce Furey <mboycep@aol.com>
**Subject:** RE: 2:14-cv-05935-MAK GOLDWIRE v. CITY OF PHILADELPHIA

Peggy,

Attached here please find a release. Please return it with your updated W-9 and the attached Medicare form.

Thanks,
Anne

**From:** Margaret Boyce Furey <mboycep@aol.com>
**Sent:** Monday, January 22, 2024 4:18 PM
**To:** Anne Taylor <Anne.Taylor@Phila.gov>
**Subject:** Re: 2:14-cv-05935-MAK GOLDWIRE v. CITY OF PHILADELPHIA

**External Email Notice. This email comes from outside of City government. Do not click**

on links or open attachments unless you recognize the sender.

Anne,

Thank you,

I will notify Judge Kearney
of the settlement.
Peggy

Margaret Boyce Furey
Attorney At Law
1150 1st Avenue-Suite 501
King of Prussia PA 19406
610-397-0125 ( phone)
610-397-0126 (fax)
mboycep@aol.com


On Monday, January 22, 2024 at 04:14:13 PM EST, Anne Taylor <anne.taylor@phila.gov> wrote:


Peggy, we can resolve the case at $11,000.  I will have a release prepared and sent over to you for signing and notarizing.  Could you please advise the Court that we have settled in principle?

Thanks,
Anne

Anne B. Taylor, Esquire
Chief Deputy City Solicitor
Civil Rights Unit, Law Department
City of Philadelphia
1515 Arch Street, 14th Floor
Philadelphia, PA 19102-1595
215-683-5381 (office)
215-683-5397 (fax)
anne.taylor@phila.gov


**From:** Margaret Boyce Furey <mboycep@aol.com>
**Sent:** Monday, January 22, 2024 4:07 PM
**To:** Anne Taylor <Anne.Taylor@Phila.gov>
**Subject:** Re: 2:14-cv-05935-MAK GOLDWIRE v. CITY OF PHILADELPHIA

**External Email Notice. This email comes from outside of City government. Do not click on links or open attachments unless you recognize the sender.**

Anne,
I hope we can settle for $11,000.00, which will cover my filing fee and service of the complaint. Mr. Goldwire is very difficult & I would like to settle this case.
It would be nice nice not to have to deal with Mr. Goldwire. Caught him in a better mood today than last week .
Peggy

Margaret Boyce Furey
Attorney At Law
1150 1st Avenue-Suite 501
King of Prussia PA 19406
610-397-0125 ( phone)
610-397-0126 (fax)
mboycep@aol.com


On Monday, January 22, 2024 at 01:47:45 PM EST, Anne Taylor <anne.taylor@phila.gov> wrote:


Good afternoon, Peggy.

Thank you for circling back on this one.  I reviewed Mr. Goldwire's arrest history, and it appears that he was held not only because of the narcotics arrest at issue in this case but also because of his February 2003 VUFA arrest and conviction (for which he was sentenced to 18-60 months incarceration) and his February 2005 narcotics arrest and conviction (for which he was sentenced to 2.5-5 years incarceration).

Notwithstanding the information that suggests his time served was a function of other convictions, in an effort to resolve the matter, the City will increase its offer to $9,500.

I look forward to hearing from you soon.

Thanks,
Anne

**From:** Margaret Boyce Furey <mboycep@aol.com>
**Sent:** Thursday, January 18, 2024 12:05 PM
**To:** Anne Taylor <Anne.Taylor@Phila.gov>
**Subject:** Re: 2:14-cv-05935-MAK GOLDWIRE v. CITY OF PHILADELPHIA