

GENERAL RELEASE

Khalif Goldwire
c/o Margaret Boyce Fury, Esquire
1550 1st Avenue, Suite 501
King of Prussia, PA 19406

In Reply Please Refer To:
File No.  93564NFU
Date: January 22, 2024
Payable within 45 days
after receipt of executed &
notarized Release & W-9 form

**The lower portion of this form is a release.  Please read it carefully before signing.**

KHALIF GOLDWIRE
v.
CITY OF PHILADELPHIA, ET AL.

### NO. 2:14-CV-5935

For and in consideration of the sum of Eleven Thousand Dollars ($11,000.00), I, **Khalif Goldwire,** do hereby remise, release and forever discharge the City of Philadelphia, its agents, servants, workers or employees and any and all other persons, associations or organizations, whether known or unknown, foreseen or unforeseen, including Brian Reynolds, Thomas Liciardello, and Jeffrey Walker, of all actual and/or potential liability accrued and hereafter to accrue on account of and from all, and all manner of, actions and causes of action, claims and demands whatsoever, either in law or equity, especially a claim for injuries and/or damages stemming from a April 17, 2003 investigation in the areas of 3827 Wallace Street, 3820 Wallace Street, 3828 Wallace Street, 3849 Wallace Street, 610 N. 39th Street, and 3620 Olive Street in Philadelphia, Pennsylvania and subsequent associated arrest of Plaintiff on May 27, 2003, which against the said City of Philadelphia, its agents, servants, workers or employees and any and all other persons, associations or organizations, whether known or unknown, foreseen or unforeseen,

93564NFU

including Thomas Liciardello, Brian Reynolds, and Jeffrey Walker, I, **Khalif Goldwire,** now have, ever had, or which my heirs, executors, administrators or assigns, or any of them, hereafter can, shall or may have, for, or by reason of any cause, matter or thing whatsoever arising from the above accident or incident.

By signing this release, Plaintiff affirms that any pending lien arising from benefits paid by the Department of Public Welfare or any other entity on account of any injuries arising from the above accident or incident has been or will be duly satisfied.

By signing this release, Plaintiff affirms that any payment of settlement funds is subject to applicable law relating to taxes, liens or judgments that may be owed to the City of Philadelphia by claimant.

It is further understood that acceptance of this release and payment of the consideration herein named is not to be construed in any court whatsoever, or otherwise, as an admission of liability on the part of the said the City of Philadelphia, its agents, servants, workers or employees for the causing of the said accident or incident above referred to.

I, **Khalif Goldwire**, waive any claims for additional damages or interest under Pennsylvania Rule of Civil Procedure 229.1, Philadelphia Civil Rule 229.1, and any applicable provision of the Federal Rules of Civil Procedure. I, **Khalif Goldwire**, further waive any claims for costs, expenses, or attorney's fees recoverable under 42 U.S.C.A. § 1988, or any other law, statute, or rule of court, and affirm that this settlement is inclusive of all such costs, expenses, and fees.

93564NFU

3

IN WITNESS WHEREOF, we have hereunto set our hand and seal the _____ day of _____, two thousand and twenty-three and do hereby declare that we voluntarily accept said sum for the purpose of making a full and final compromise, adjustment and settlement of the injuries and/or damages above-mentioned, known or unknown, foreseen or unforeseen, including, but not limited to, attorney's fees and costs.  We further declare that we have read this release and understand that we will receive no further payment, and we are signing this release with the intention of being legally bound by it.

|  |  |
|---|---|
| Sworn to and subscribed before me<br>this       day of              , 2024.<br><br>_____<br>Notary Public | _____<br>Khalif Goldwire<br>SS#:<br>DOB: |

3

93564NFU