**Kathryn Faris**

**From:** Margaret Boyce Furey <mboycep@aol.com>
**Sent:** Friday, May 31, 2024 10:20 AM
**To:** Kathryn Faris
**Subject:** Re: Kalif Goldwire

**External Email Notice. This email comes from outside of City government. Do not click on links or open attachments unless you recognize the sender.**

Katie,

The notary went out & Kalif refused to sign
because of the Medicaid form & then
the release because it didn't reflect the amount he
would receive.  I suggest you file the Motion to enforce the settlement.
Unfortunately, I think Kalif has some mental illness,
which interfers with his thought processes.

Peggy

Margaret Boyce Furey
Attorney At Law
840 1st Avenue Suite 400
King of Prussia PA 19406
610-397-0125 ( phone)
610-397-0126 (fax)
mboycep@aol.com

On Friday, May 31, 2024 at 09:42:41 AM EDT, Kathryn Faris <kathryn.faris@phila.gov> wrote:

> Peggy,
>
> Checking in. Were you able to get the release signed yesterday?
>
> Thanks,
> Katie

1

Kathryn Faris, Esq.

Senior Attorney—Civil Rights Unit

City of Philadelphia Law Department

1515 Arch Street, 14th Floor

She/Her/Hers

Office:215-683-5445

Cell: 267-908-5241

Kathryn.faris@phila.gov



**From:** Margaret Boyce Furey <mboycep@aol.com>
**Sent:** Wednesday, May 29, 2024 5:58 PM
**To:** Kathryn Faris <Kathryn.Faris@Phila.gov>
**Subject:** Kalif Goldwire

**External Email Notice. This email comes from outside of City government. Do not click on links or open attachments unless you recognize the sender.**

Katie,

Just spoke with Kalif and he is now agreeable to sign the release.

Have a notary scheduled to visit him tomorrow.

Hoping he won't change his mind.

Margaret Boyce Furey

Attorney At Law

2

840 1st Avenue Suite 400

King of Prussia PA 19406

610-397-0125 ( phone)

610-397-0126 (fax)

mboycep@aol.com