IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KHALIF GOLDWIRE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 14-5935** |
| | : | |
| **CITY OF PHILADELPHIA, PHILA. POLICE OFFICER JEFFREY WALKER, POLICE OFFICER BRIAN REYNOLDS, POLICE OFFICER THOMAS LICIARDELLO, POLICE OFFICER JOHN DOE 1** | : : : : : : | |

# ORDER

**AND NOW**, this 18th day of June 2024, upon considering Defendant City of Philadelphia's Motion to enforce the settlement (ECF No. 32), no timely opposition, but finding we cannot assist the parties in overcoming the Plaintiff's seeming lack of cooperation as we lack subject matter jurisdiction after we granted the parties' request we dismiss Plaintiff's claims without prejudice under Federal Rule of Civil Procedure 41(a)(2) without including the parties' contractual obligations in the dismissal Order (ECF No. 31) as necessary to retain subject matter jurisdiction over a contract dispute between Pennsylvania parties, and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendant's Motion to enforce the settlement agreement (ECF No. 32) is **DENIED** as the case remains **closed** in this Court.

_____
**KEARNEY, J.**